AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Brotherhood of Locomotive Engineers and
Trainmen, General Committee of Adjustment,
Central Region

V.

Union Pacific Railroad Company

CASE NUMBER: 08-CV-03591

ASSIGNED JUDGE: Andersen

DESIGNATED
MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

Union Pacific Railroad Company
c/o C.T. Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas H. Geoghegan
Despres Schwartz & Geoghegan
77 W. Washington St., Suite 711
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 2 4 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 6-24-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Scott Witmer | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: __CT Corporation System__
__208 S. LaSalle St, Suite 814  Chicago IL 60604__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __6-24-08__   __/s/ Scott Witmer__
         Date          Signature of Server

__2701 N. Whipple St. Chicago IL 60647__
Address of Server

FILED
JUN 25 2008
6-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.