U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                          Case Number: 08 C 3591

Brotherhood of Locomotive Engineers and Trainmen,
General Committee of Adjustment, Central Region
   v.
Union Pacific Railroad Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UNION PACIFIC RAILROAD COMPANY

| NAME (Type or print) |
|---|
| THOMAS W. CUSHING |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Thomas W. Cushing |

| FIRM |
|---|
| UNION PACIFIC RAILROAD COMPANY |

| STREET ADDRESS |
|---|
| 101 North Wacker Drive, Room 1920 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06196697 | 312/777-2053 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing instrument was properly forwarded to all counsel of record as listed below by:

_____ United States Mail, postage prepaid and sealed;

_____ United States Certified Mail, postage prepaid and return receipt requested;

_____ Hand Delivery;

_____ UPS / Next Day Air;

_____ Facsimile Transmission;

__X__ Local Rule 5.9 Electronic Filing (U.S.D.C., ND IL); and/or

_____ Email

on July 11, 2008.

THOMAS GEOGHEGAN, ESQ.
DESPRES, SCHWARTZ & GEOGHEGAN
77 West Washington Street
Suite 711
Chicago, IL  60602
**Facsimile:  312-372-7391**

s/ Thomas W. Cushing
Thomas W. Cushing

g:\law\litigate\L23912\pos.doc