L-23912                                                                                                    Atty. No. 06196697

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, GENERAL COMMITTEE OF ADJUSTMENT, CENTRAL REGION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 3591 |
| v. | ) ) | JUDGE ANDERSEN |
| UNION PACIFIC RAILROAD COMPANY, | ) ) | MAGISTRATE JUDGE MASON |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   THOMAS GEOGHEGAN, ESQ.
      DESPRES, SCHWARTZ & GEOGHEGAN
      77 West Washington Street, Suite 711
      Chicago, IL  60602

On **September 4, 2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Andersen, in Room 1403 of the Dirksen Federal Building, Chicago, Illinois, and present the previously filed **Defendant's Motion to Reassign to Judge Lindberg Pursuant to Local Rule 40.3(b)(2)**.

Thomas W. Cushing, #06196697
Attorney for defendant
Union Pacific Railroad Company
101 North Wacker Drive, Room 1920
Chicago, IL  60606
Tel: 312/777-2053
Fax: 312/777-2065

**PROOF OF SERVICE BY LOCAL RULE 5.9 ELECTRONIC FILING**

I, Thomas W. Cushing, the attorney, certify that I served this notice by Local Rule 5.9 electronic filing a copy to the above attorney on August 22, 2008.

                                                              s/ Thomas W. Cushing
                                                              Thomas W. Cushing

g:\law\litigate\L23912\002.doc